IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MATTIE WILLIAMS,                    *
                                    *
                Plaintiff,          *
                                    *
vs.                                 *        No. 3:10cv00108 SWW
                                    *
                                    *
                                    *
HARTFORD LIFE AND ACCIDENT          *
INSURANCE COMPANY,                  *
                                    *
                Defendant.          *

<u>JUDGMENT</u>

Pursuant to the Memorandum and Order entered in this matter on this date, it is

Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed without

prejudice.

IT IS SO ORDERED this 27th day of July 2010.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE